UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JASON ANTHONY ORGERON                    CIVIL ACTION

VERSUS                                    NO. 25-942

WARDEN KEITH TURNER, ET AL.               SECTION: "D" (4)

## ORDER AND REASONS

The Court, having considered Plaintiff Jason Anthony Orgeron's Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody,[1] the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge,[2] the failure of the Plaintiff to file an objection to the Magistrate Judge's Report and Recommendation,[3] and having determined that the Report and Recommendation is not clearly erroneous or contrary to the law, hereby approves the Report and Recommendation and adopts it as its opinion in this matter.

Accordingly,

**IT IS HEREBY ORDERED** that Jason Anthony Orgeron's Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, April 20, 2026.

_____
**WENDY B. VITTER**
**United States District Judge**

---

[1] R. Doc. 3.

[2] R. Doc. 14.

[3] Objections were due on April 6, 2026. Because Petitioner is proceeding pro se, the Court has allowed additional time. As of the date of this Order, no objections have been filed.